MARY A. DALY, Respondent, *v.* WILLIAM TERPENING, Appellant.

Argued October 9, 1941; decided November 19, 1941.

*Robert E. Dineen* for appellant.
*Thomas F. Zaia* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.